UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINCOLN,<br><br>   Plaintiff,<br><br> v.<br><br>COUNTY OF PLACER; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No.: 2:18-CV-00087-KJM-AC<br><br>**THIRD AMENDED PRETRIAL SCHEDULING ORDER** |

Upon consideration of Plaintiff/Counter-Defendant City of Lincoln's ("City") and Defendant/Counter-Claimant County of Placer's ("County") Joint Stipulation Regarding Modification of the Second Amended Pretrial Scheduling Order, and finding good cause therefor, the Court hereby amends the Second Amended Pretrial Scheduling Order (Dkt. 21) as follows:

 Section IV. DISCOVERY

 All fact discovery shall be completed by **April 30, 2021**.

 Section V. DISCLOSURE OF EXPERT WITNESSES

 All counsel are to designate in writing and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than **June 9, 2021**. By **September 8, 2021**, any party who previously disclosed expert witnesses may submit a rebuttal list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party, if the party rebutting an expert witness designation has not

previously retained an expert to testify on that subject. All expert discovery shall be completed by **December 8, 2021**.

Section VI.  MOTION HEARING SCHEDULE

All dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be <u>heard no later than</u> **March 4, 2022**.

The remaining provisions of the Second Amended Pretrial Scheduling Order remain in effect.

**IT IS SO ORDERED.**

Dated: August 8, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE