Kristine L. Mollenkopf (SBN No. 185914)
Kristine.mollenkopf@lincolnca.gov
City Attorney
City of Lincoln, City Attorney's Office
600 Sixth Street
Lincoln, CA 95648
Tel: (916) 434-2428/Fax: (916) 654-8903

William D. Brown (SBN No. 125468)
bbrown@brownandwinters.com
Jeffrey T. Orrell (SBN No. 237581)
jorrell@brownandwinters.com
Janet Menacher (SBN No. 291365)
jmenacher@brownandwinters.com
Charles D. Grosenick (SBN 317715)
cgrosenick@brownandwinters.com
120 Birmingham Drive
Cardiff-by-the-Sea, CA 92007-1737
Tel: (760) 633-4485/Fax: (760) 633-4427

Attorneys for Plaintiff/Counter-Defendant CITY OF LINCOLN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINCOLN, | ) Case No.:   2:18-CV-00087-KJM-AC |
| Plaintiff/Counter-Defendant | ) |
| v. | ) **JOINT STIPULATION AND** |
| | ) **[PROPOSED] ORDER REGARDING** |
| COUNTY OF PLACER; and DOES 1 through 100, inclusive, | ) **DOCUMENT AUTHENTICATION** |
| Defendant/Counterclaimant. | ) |

The parties to the above-captioned action, Plaintiff/Counter-Defendant City of Lincoln ("City") and Defendant/Counterclaimant County of Placer ("County") (hereinafter collectively, the "Parties"), have met and conferred regarding the goal of streamlining the presentation of evidence at trial and preserving judicial and litigation resources.  The Parties have agreed and hereby stipulate to the specific terms set forth below, and respectfully request that the Court ratify and enter an Order as follows:

1. The Parties agree to not dispute the authenticity of the documents identified by "Bates" numbers and enumerated herein.

2. The Parties further stipulate to undertake a good faith effort to supplement the list of documents whose authenticity the Parties agree to not dispute.

The documents identified by "Bates" numbers that are subject to the Parties' instant stipulation are as follows:

CITY004038; CITY004044; CITY004046; CITY004078; CITY004144; CITY004146; CITY051356; CITY051369; CITY051386; CITY051414; CITY051424; CITY051441; CITY051459; CITY051474; CITY051476;   CITY051513;   CITY051540;   PLACER0005;   PLACER0085;   PLACER0098; PLACER0099; PLACER0109; PLACER0203; PLACER0212; PLACER0213; PLACER0214.

**SO STIPULATED.**

Dated:  October 1, 2020                    BROWN & WINTERS

                              By:    _/s/ Charles D. Grosenick_____
                                     CHARLES D. GROSENICK
                                     Attorney for Plaintiff/Counter-Defendant,
                                     CITY OF LINCOLN

Dated:  October 1, 2020                    HARTMAN KING PC

                              By:    _/s/ Alanna Lungren_ (Authorized on 10/1/2020)_
                                     JENNIFER HARTMAN KING
                                     ALANNA LUNGREN
                                     ANDREYA WOO NAZAL
                                     Attorneys for Defendant/Counterclaimant
                                     COUNTY OF PLACER

///

1
2

## ORDER

3        Pursuant to the above stipulation of the Parties:

4

5    **IT IS SO ORDERED.**

6

7    Dated: October 2, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER RE DOCUMENT AUTHENTICATION
2:18-cv-00087-KJM-AC