Kristine L. Mollenkopf (SBN No. 185914)
Kristine.mollenkopf@lincolnca.gov
City Attorney
City of Lincoln, City Attorney's Office
600 Sixth Street
Lincoln, CA 95648
Tel: (916) 434-2428/Fax: (916) 654-8903

William D. Brown (SBN No. 125468)
bbrown@brownandwinters.com
Jeffrey T. Orrell (SBN No. 237581)
jorrell@brownandwinters.com
Janet Menacher (SBN No. 291365)
jmenacher@brownandwinters.com
Charles D. Grosenick (SBN 317715)
cgrosenick@brownandwinters.com
2533 S. Coast Highway 101, Suite 270
Cardiff-by-the-Sea, CA 92007-1737
Tel: (760) 633-4485/Fax: (760) 633-4427

Attorneys for Plaintiff/Counter-Defendant CITY OF LINCOLN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF LINCOLN,<br><br>　　　Plaintiff/Counter-Defendant<br><br>　　v.<br><br>COUNTY OF PLACER; and DOES 1 through 100, inclusive,<br><br>　　　Defendant/Counterclaimant. | Case No.:　2:18-CV-00087-KJM-AC<br><br>**FIRST AMENDED JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DOCUMENT AUTHENTICATION** |

The parties to the above-captioned action, Plaintiff/Counter-Defendant City of Lincoln ("City") and Defendant/Counterclaimant County of Placer ("County") (hereinafter collectively, the "Parties"), have met and conferred regarding the goal of streamlining the presentation of evidence at trial and preserving judicial and litigation resources. The Parties have agreed and hereby stipulate to the specific terms set forth below, and respectfully request that the Court ratify and enter an Order as follows:

1. The Parties agree to not dispute the authenticity of the documents identified by "Bates" numbers and enumerated in the attached Exhibit 1.

2. That a document is stipulated to as authentic in Exhibit 1 does not waive either Party's ability to object to the admission of the document into evidence on grounds of relevance, hearsay-within-hearsay, or any other lawful objection.

3. The Parties further stipulate to undertake a good faith effort to supplement the list of documents whose authenticity the Parties agree to not dispute.

4. The Parties intend that this First Amended Joint Stipulation and [Proposed] Order Regarding Document Authentication (hereinafter, "Amended Joint Stipulation") supersede and replace the Joint Stipulation and Order Regarding Document Authentication, signed by the Court on 2 October 2020 (attached hereto, as Exhibit 2). The Parties further intend that all documents previously listed in Exhibit 2 have been incorporated into this Amended Joint Stipulation, for efficiency and ease of reference, as shown within Exhibit 1.

**SO STIPULATED.**

Dated: December 3, 2021          BROWN & WINTERS


                                 By: /s/ Charles D. Grosenick
                                     CHARLES D. GROSENICK
                                 Attorneys for Plaintiff and Counter-Defendant
                                 CITY OF LINCOLN


Dated: December 1, 2021          HARTMAN KING PC


                                 By: /s/Alanna Lungren
                                     JENNIFER HARTMAN KING
                                     ALANNA LUNGREN
                                     J. R. PARKER
                                     ANDREYA WOO NAZAL
                                 Attorneys for Defendant and
                                 Counter-Claimant COUNTY OF PLACER

00049026.1                              2

**ORDER**

Pursuant to the above stipulation of the Parties:

**IT IS SO ORDERED.**

Dated: December 6, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE