Kristine L. Mollenkopf (SBN No. 185914)
Kristine.mollenkopf@lincolnca.gov
City Attorney
City of Lincoln, City Attorney's Office
600 Sixth Street
Lincoln, CA 95648
Tel: (916) 434-2428/Fax: (916) 654-8903

William D. Brown (SBN No. 125468)
bbrown@brownandwinters.com
Jeffrey T. Orrell (SBN No. 237581)
jorrell@brownandwinters.com
Janet Menacher (SBN No. 291365)
jmenacher@brownandwinters.com
Charles D. Grosenick (SBN 317715)
cgrosenick@brownandwinters.com
2533 S. Coast Highway 101, Suite 270
Cardiff-by-the-Sea, CA 92007-1737
Tel: (760) 633-4485/Fax: (760) 633-4427

Attorneys for Plaintiff/Counter-Defendant CITY OF LINCOLN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINCOLN, | ) |
| Plaintiff/Counter-Defendant | ) Case No.: 2:18-CV-00087-KJM-AC ) |
| v. | ) **JOINT STIPULATION REGARDING** |
| COUNTY OF PLACER; and DOES 1 through 100, inclusive, | ) **EXPERT DESIGNATIONS; ORDER** ) ) |
| Defendant/Counterclaimant. | ) ) |
| AND ALL RELATED COUNTERCLAIMS. | ) ) ) |

00054420.1

WHEREAS the Court issued a Sixth Amended Pretrial Scheduling Order on March 1, 2022. ECF 45;

WHEREAS Federal Rules of Civil Procedure Rule 5(d)(1)(A) provides that "…disclosures under Rule 26(a)(1) or (2) [which includes expert disclosures] …must not be filed until they are used in the proceeding or the court orders filing…."

WHEREAS the Sixth Amended Pretrial Scheduling Order states, in pertinent part, that "[A]ll counsel are to designate in writing and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than **June 7, 2022**." ECF 45, p. 10 of 11;

WHEREAS on June 7, 2022, the City of Lincoln ("City") filed through the Court's ECF filing system the City's expert disclosures, attaching thereto the expert reports of George M. Savage, Donald M. Olsen, Marva M. Sheehan, and Christian M. Carrigan. ECF Nos. 58, 58-1, 58-2, 58-3 and 58-4;

WHEREAS on June 7, 2022, the County of Placer ("County") e-served to the City its expert disclosures, attaching thereto the expert report of Anthony Brown, but without filing the same through the Court's ECF filing system (County and City hereinafter collectively, the "Parties");

WHEREAS by letter dated August 2, 2022, the County demanded that the City file a notice of withdrawal and request that the Court strike from the official Court docket the City's June 7, 2022 Expert disclosures and attached expert reports, ECF Nos. 58, 58-1, 58-2, 58-3 and 58-4;

WHEREAS the Parties have met and conferred regarding their differing interpretations of the Sixth Amended Pretrial Scheduling Order, and whether the above-quoted language from the Sixth Amended Pretrial Scheduling Order required filing of expert disclosures through the Court's ECF filing system.

///

Now THEREFORE, the Parties hereby stipulate as follows:

1. The Parties stipulate that the expert disclosures and attached expert reports of both Parties, in the form that they were filed by the City and e-served by the County on June 7, 2022, were timely and appropriately served on June 7, 2022;

2. The Parties stipulate that they will not challenge the expert disclosures and attached expert reports, in the form that they were filed by the City and e-served by the County on June 7, 2022, for lack of proper service;

3. The Parties reserve all other legal bases for challenging the aforementioned expert disclosures and attached expert reports, in the form that they were filed by the City and e-served by the County on June 7, 2022;

4. The Parties stipulate to the Court withdrawing from the official Court docket the City's June 7, 2022 expert disclosures and each expert report attached thereto, ECF 58, 58-1, 58-2, 58-3 and 58-4;

5. The Parties stipulate to the Court striking from the official Court docket the City's June 7, 2022 expert disclosures and each expert report attached thereto, ECF 58, 58-1, 58-2, 58-3 and 58-4.

**SO STIPULATED.**

Dated: August 19, 2022         BROWN & WINTERS

                               By: /s/ *Jeff Orrell*
                               WILLIAM D. BROWN
                               JEFFREY T. ORRELL
                               JANET MENACHER
                               Attorneys for Plaintiff and
                               Counter-Defendant CITY OF LINCOLN

Dated: August 19, 2022

HARTMAN KING PC

By: */s/ J.R. Parker (authorized signature on 8/19/22)*
JENNIFER HARTMAN KING
ALANNA LUNGREN
J. R. PARKER
ANDREYA WOO NAZAL
Attorneys for Defendant and
Counter-Claimant COUNTY OF PLACER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINCOLN,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTY OF PLACER; and DOES 1 through 100, inclusive,<br><br>         Defendants. | Case No.: 2:18-CV-00087-KJM-AC<br><br>**ORDER REGARDING EXPERT DESIGNATIONS** |
| AND ALL RELATED COUNTERCLAIMS. | |

Upon consideration of Plaintiff/Counter-Defendant City of Lincoln's ("City") and Defendant/Counter-Claimant County of Placer's ("County") Stipulation Regarding Expert Designations, and finding good cause therefor, the Court hereby orders as follows:

The City's June 7, 2022 expert disclosures and each expert report attached thereto, ECF 58, 58-1, 58-2, 58-3 and 58-4, are hereby withdrawn and stricken from the official Court docket in the above-referenced action.

**IT IS SO ORDERED.**

DATED: August 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon:

Kristine L. Mollenkopf
kristine.mollenkopf@lincolnca.gov
City Attorney
City of Lincoln, City Attorney's Office
600 Sixth Street, Lincoln, CA 95648
Tel: (916) 434-2428/Fax: (916) 654-8903

**Attorneys for Plaintiff/Counter-Defendant City of Lincoln**

Gregory S. Warner
Eric C. Brumfield
Placer County Counsel's Office
175 Fulweiler Avenue, Auburn, California 95603
Tel: (530) 889-4044/Fax: (530) 889-4069
GWarner@placer.ca.gov
EBrumfield@placer.ca.gov
countycounsel@placer.ca.gov


Jennifer Hartman King
Alanna Lungren
J. R. Parker
Andreya Woo Nazal
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Tel: (916) 379-7530/Fax: (916) 379-7535
JHartmanKing@HartmanKingLaw.com
ALungren@HartmanKingLaw.com
JRParker@HartmanKingLaw.com
AWooNazal@HartmanKingLaw.com

**Attorneys for Defendant/Counterclaimant County of Placer**

*s/ Jeffrey T. Orrell*
JEFFREY T. ORRELL (SB #237581)