**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF LINCOLN,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF PLACER; and DOES 1 through 100, inclusive,<br><br>  Defendants,<br><br>AND ALL RELATED COUNTERCLAIMS. | Case No.: 2:18-CV-00087-KJM-AC<br><br>**ORDER TO EXTEND TIME FOR COUNTY OF PLACER FILE OPPOSITION TO CITY OF LINCOLN'S MOTION TO STRIKE** |

Upon consideration of Plaintiff/Counter-Defendant City of Lincoln's ("City") and Defendant/Counterclaimant County of Placer's ("County") Stipulation And [Proposed] Order to Extend Time for County of Placer to File Opposition to City of Lincoln's Motion to Strike, and finding good cause therefor, the Court orders that the County may file its Opposition to the Motion to Strike on or before December 9, 2022.

**IT IS SO ORDERED.**

Dated:  December 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

00057014.1                                       - 3 -

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR COUNTY OF PLACER TO FILE OPPOSITION TO CITY OF LINCOLN'S MOTION TO STRIKE**