KRISTINE L. MOLLENKOPF (SBN 185914)
kristine.mollenkopf@lincolnca.gov
City of Lincoln, City Attorney's Office
600 Sixth Street
Lincoln, CA 95648
Tel: (916) 434-2428

William D. Brown (SBN 125468)
bbrown@brownandwinters.com
Jeffrey T. Orrell (SBN 237581)
jorrell@brownandwinters.com
Janet Menacher (SBN 291365)
jmenacher@brownandwinters.com
Charles D. Grosenick (SBN 317715)
cgrosenick@brownandwinters.com
Brown & Winters
2533 South Coast Highway, Suite 270
Cardiff-by-the-Sea, CA 92007-2133
Tel: 760-633-4485/Fax: 760-633-4427

Attorneys for Plaintiff/Counter-Defendant CITY OF LINCOLN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF LINCOLN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF PLACER; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendant,<br><br>AND ALL RELATED COUNTERCLAIMS. | Case No. 2:18-CV-00087-KJM-AC<br><br>**STIPULATION AND ORDER TO EXTEND THE FILING TIME FOR THE CITY OF LINCOLN'S OPPOSITION TO THE COUNTY OF PLACER'S MOTION TO AMEND ANSWER AND THE COUNTY OF PLACER'S REPLY**<br><br>Date: January 27, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller<br>Courtroom: 3 |

00057581.1

**STIPULATION AND ORDER TO EXTEND THE FILING TIME FOR THE CITY OF LINCOLN'S OPPOSITION TO THE COUNTY OF PLACER'S MOTION TO AMEND ANSWER AND THE COUNTY OF PLACER'S REPLY**

By and through undersigned counsel, Plaintiff/Counter-Defendant City of Lincoln ("City") and Defendant/Counterclaimant County of Placer ("County") (hereinafter collectively, "Parties") hereby stipulate as follows:

WHEREAS, on October 19, 2022, the City served its First Amended Complaint (Dkt. 66) on the County;

WHEREAS, on November 2, 2022, the County filed its answer to the First Amended Complaint (Dkt. 67);

WHEREAS, on November 23, 2022, the City filed its Motion to Strike the County's Second Affirmative Defense within its Answer to the First Amended Complaint (Dkt. 68);

WHEREAS, on December 23, 2022, the County filed its Motion to Amend its Answer to the First Amended Complaint (the "Motion to Amend"), concurrently herewith;

WHEREAS, per E. D. Cal. Local Rule 230(c), the City's Opposition to the Motion to Amend would otherwise be due no later than January 6, 2023;

WHEREAS, in recognition of the City's agreement to an extension by two additional days for filing the opposition to any motion to be filed by the City between the date hereof and January 1, 2023, and in recognition of the Christmas and New Year's public holidays, the Parties stipulate to the following extensions of time for filing the opposition and the reply to the County's Motion to Amend.

NOW THEREFORE, the Stipulating Parties hereby stipulate, pursuant to Local Rule 144, to the following:

1. The City may file its Opposition to the County's Motion to Amend on or before January 9, 2023.
2. The County may file its Reply to the City's Opposition to the Motion to Amend on or before January 20, 2023.

//
//
//

**STIPULATION AND ORDER TO EXTEND THE FILING TIME FOR THE CITY OF LINCOLN'S OPPOSITION TO THE COUNTY OF PLACER'S MOTION TO AMEND ANSWER AND THE COUNTY OF PLACER'S REPLY**

Dated: December 23, 2022    BROWN & WINTERS

By: */s/Janet Menacher*
    WILLIAM D. BROWN
    JEFFREY T. ORRELL
    JANET MENACHER
    CHARLES D. GROSENICK
    RYAN D. DROBEK
Attorneys for Plaintiff and
Counter-Defendant CITY OF LINCOLN


Dated:  December 23, 2022    HARTMAN KING PC

By: */s/Alanna Lungren*
    JENNIFER HARTMAN KING
    ALANNA LUNGREN
    WILLIAM D. MARSH
    J. R. PARKER
    ANDREYA WOO NAZAL
Attorneys for Defendant/Counterclaimant
COUNTY OF PLACER

00057581.1    - 2 -

**STIPULATION AND ORDER TO EXTEND THE FILING TIME FOR THE CITY OF LINCOLN'S OPPOSITION TO THE COUNTY OF PLACER'S MOTION TO AMEND ANSWER AND THE COUNTY OF PLACER'S REPLY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINCOLN,<br><br>       Plaintiff,<br><br>       v.<br><br>COUNTY OF PLACER; and DOES 1 through 100, inclusive,<br><br>       Defendants,<br><br>AND ALL RELATED COUNTERCLAIMS. | Case No.: 2:18-CV-00087-KJM-AC<br><br>**ORDER TO EXTEND THE FILING TIME FOR THE CITY OF LINCOLN'S OPPOSITION TO COUNTY OF PLACER'S MOTION TO AMEND ANSWER AND THE COUNTY OF PLACER'S REPLY** |

Upon consideration of Plaintiff/Counter-Defendant City of Lincoln's ("City") and Defendant/Counterclaimant County of Placer's ("County") Stipulation to Extend Time for City of Lincoln to File Opposition to County of Placer's Motion to Amend, and finding good cause therefor, the Court orders:

1. The City may file its Opposition to the County's Motion to Amend on or before January 9, 2023.
2. The County may file its Reply to the City's Opposition to the Motion to Amend on or before January 20, 2023.
3. In light of this new briefing schedule, the motion hearing for the two pending motions, ECF Nos. 68 and 73, set for January 27, 2023 is reset for March 10, 2023.

**IT IS SO ORDERED.**

Dated: January 4, 2023.

                                                                               CHIEF UNITED STATES DISTRICT JUDGE

00057581.1                      - 3 -

**STIPULATION AND ORDER TO EXTEND THE FILING TIME FOR THE CITY OF LINCOLN'S OPPOSITION TO THE COUNTY OF PLACER'S MOTION TO AMEND ANSWER AND THE COUNTY OF PLACER'S REPLY**