UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| City of Lincoln,<br><br>                    Plaintiff,<br><br>     v.<br><br>County of Placer, et al.,<br><br>                    Defendants. | No. 2:18-cv-00087-KJM-AC<br><br>ORDER |

In light of the complex law and evidentiary record raised in the pending motions for summary judgment, the County of Placer's opposed ex parte application (ECF No. 93) for an extension of time and for an increase in page limits is **granted in part** as follows:

- The County may file a reply of up to twenty pages in response to the opposition at ECF No. 85. The City of Lincoln is granted leave to file a responsive surreply of up to ten pages.
- The deadline for the County to file replies in support of its pending motions for summary judgment is extended to **March 13, 2023**. The deadline for the City's surreply is **March 22, 2023**.
- The hearing on the pending motions for summary judgment, to amend the answer, and to strike is **vacated and reset for March 31, 2023 at 10:00 a.m.**

IT IS SO ORDERED.

DATED: February 27, 2023.

CHIEF UNITED STATES DISTRICT JUDGE